UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

           Plaintiff

-v-

THE PREMISES AND REAL PROPERTY WITH    20-CV-1602-LJV
BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS AT 132 LAKEFRONT BOULEVARD
UNIT 601, BUFFALO, NEW YORK, THAT IS, ALL
THAT TRACT OR PARCEL OF LAND, SITUATED
IN THE CITY OF BUFFALO, COUNTY
OF ERIE, STATE OF NEW YORK, AND MORE
PARTICULARLY DESCRIBED IN A CERTAIN
DEED RECORDED IN THE ERIE COUNTY
CLERK'S OFFICE IN BOOK 11275, PAGE 6575, et. al.,

           Defendants

## NOTICE OF MOTION

| | |
|---|---|
| **MOVING PARTY:** | Plaintiff |
| **PLACE:** | Hon. Lawrence J. Vilardo<br>U.S. District Court<br>2 Niagara Square<br>Buffalo, New York 14202 |
| **RETURN DATE:** | To be determined by the Court |
| **RELIEF SOUGHT:** | Respondents respectfully move the Court for an Order Sealing the Affidavit of Special Agent Jason A. Kammeraad and its attached Exhibits that are referenced and incorporated in the Verified Complaint for Forfeiture, pursuant to Rule 5.3 of the Local Rules of Civil Procedure. |
| **PAPERS SUBMITTED:** | Amended Affidavit of AUSA Grace M. Carducci, sworn to on the 9th day of November, 2020 |

JAMES P. KENNEDY, JR.
United States Attorney
Western District of New York

By: /s/ Grace M. Carducci
GRACE M. CARDUCCI
Assistant U.S. Attorney
500 Federal Building
100 State Street
Rochester, New York 14614
(585) 263-6760
Grace.Carducci@usdoj.gov

DATED: November 17, 2020